IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DUFFY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-2877 |
| | § | |
| CONOCOPHILLIPS and | § | |
| CONOCOPHILLIPS COMPANY, | § | |
| Defendants. | § | |

## DISMISSAL ORDER

Pursuant to the Stipulation of Dismissal With Prejudice [Doc. # 10], it is hereby

**ORDERED** that this case, in which Defendant has not yet filed an Answer, is

**DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, this 26th day of **August, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\2877DO.wpd   190826.1045